IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CB10 |
| | ) | Violation Number 1753507-NE14 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MELISSA L. DEBORTOLI, | ) | |
| | ) | |
| Defendant. | ) | |

The motion of the United States Attorney's Office (Filing No. 20) is granted. The bench warrant in the above-referenced matter is hereby canceled and the matter is continued until January 28, 2014.

ORDERED this 21st day of November, 2013.

**BY THE COURT:**

**s/ Thomas D. Thalken**
**United States Magistrate Judge**