# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>         **Plaintiff,**<br><br>    vs.<br><br>**MELISSA L. DEBORTOLI,**<br><br>         **Defendant.** | **8:13CB10**<br>**Violation Number 1753507 NE14**<br><br>**ORDER** |

The United States of America's Motion to Dismiss (Filing No. 38) is granted.

The above-referenced matter is hereby dismissed without prejudice.

ORDERED this 12th day of February, 2014.

                            **BY THE COURT:**

                            s/ Thomas D. Thalken
                            **United States Magistrate Judge**